ENGLEWOOD BOARD OF EDUCATION v. ENGLEWOOD
TEACHERS' ASSOCIATION.

October 16, 1984.

Petition for certification denied.

FIRST NATIONAL STATE BANK–EDISON v. THE AMERICAN
INSURANCE COMPANY AND FEDERAL
INSURANCE COMPANY.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS HERNANDEZ.

October 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ESTELLA THOMPSON.

October 16, 1984.

Petition for certification denied.